Marie Thaddeus, plaintiff in error, v. Checker Taxi Company, defendant in error. Gen. No. 35,677.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Philip Rosenthal and Stuart B. Krohn, for plaintiff in error; Stuart B. Krohn, of counsel. Stebbins, L'Amoreaux & Hurtubise, for defendant in error; L. A. Stebbins and James C. Byrne, of counsel. Mr. Justice Hebel delivered the opinion of the court.